DEK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 SEP -5 PM 12:33

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jose Alberto AGUIAR-Aldrete** Defendant | ) | Magistrate Case No. '08 MJ 2740 COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **September 4, 2008**, within the Southern District of California, defendant **Jose Alberto AGUIAR-Aldrete, (Defendant)** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs & Border Protection

Sworn to before me and subscribed in my presence this 5th day of **September, 2008.**

UNITED STATES MAGISTRATE JUDGE

DOA 9/4/08

**PROBABLE CAUSE STATEMENT**

On September 4, 2008 at approximately 6:56 PM, **Jose Alberto AGUIAR-Aldrete, (Defendant)** made application for admission into the United States from Mexico through the pedestrian entrance of the San Ysidro, California Port of Entry. Upon inspection before a United States Customs and Border Protection Officer, Defendant orally claimed to be a United States citizen. Defendant presented a California school identification as proof of identity. Defendant stated he was traveling to San Diego, California. Defendant was subsequently referred to secondary inspection.

In secondary, Defendant was queried by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query, linking Defendant to FBI and Immigration Service records which identified Defendant as a deported alien and citizen of Mexico.

Defendant was advised of his Miranda rights and elected to answer questions without benefit of counsel. Defendant admitted to presenting a school identification that did not belong to him. Defendant stated he never filed any immigration application nor does he have any pending application with the immigration service. Defendant stated he was not granted permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States. Defendant admitted he was ordered removed from the United States by an immigration judge. Defendant admitted it is illegal to declare to be a United States citizen when in fact he is not.

Immigration Service record checks including the Deportable Alien Control System (DACS) indicate an Immigration Judge ordered Defendant removed to Mexico on or about March 30, 2006. Defendant's most recent removal to Mexico occurred on or about September 3, 2008 to Mexico via San Ysidro, California. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.